# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2018

### NO.  03-17-00797-CV

**Hunter Etcheverry, Appellant**

**v.**

**Hugh Hunter Lankford, Appellee**

**APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, BOURLAND, AND TOTH
AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on September 13, 2017.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.